# EXHIBIT   B



US007479949B2

(12) **United States Patent**
Jobs et al.

(10) Patent No.: **US 7,479,949 B2**
(45) Date of Patent: ***Jan. 20, 2009**

(54) **TOUCH SCREEN DEVICE, METHOD, AND GRAPHICAL USER INTERFACE FOR DETERMINING COMMANDS BY APPLYING HEURISTICS**

(75) Inventors: **Steven P. Jobs**, Palo Alto, CA (US); **Scott Forstall**, Mountain View, CA (US); **Greg Christie**, San Jose, CA (US); **Stephen O. Lemay**, San Francisco, CA (US); **Scott Herz**, San Jose, CA (US); **Marcel van Os**, San Francisco, CA (US); **Bas Ording**, San Francisco, CA (US); **Gregory Novick**, Santa Clara, CA (US); **Wayne C. Westerman**, San Francisco, CA (US); **Imran Chaudhri**, San Francisco, CA (US); **Patrick Lee Coffman**, Menlo Park, CA (US); **Kenneth Kocienda**, Sunnyvale, CA (US); **Nitin K. Ganatra**, San Jose, CA (US); **Freddy Allen Anzures**, San Francisco, CA (US); **Jeremy A. Wyld**, San Jose, CA (US); **Jeffrey Bush**, San Jose, CA (US); **Michael Matas**, San Francisco, CA (US); **Paul D. Marcos**, Los Altos, CA (US); **Charles J. Pisula**, San Jose, CA (US); **Virgil Scott King**, Mountain View, CA (US); **Chris Blumenberg**, San Francisco, CA (US); **Francisco Ryan Tolmasky**, Cupertino, CA (US); **Richard Williamson**, Los Gatos, CA (US); **Andre M. J. Boule**, Sunnyvale, CA (US); **Henri C. Lamiraux**, San Carlos, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/101,832**

(22) Filed: **Apr. 11, 2008**

(65) **Prior Publication Data**

US 2008/0174570 A1     Jul. 24, 2008

**Related U.S. Application Data**

(63) Continuation of application No. 11/850,635, filed on Sep. 5, 2007.

(60) Provisional application No. 60/937,993, filed on Jun. 29, 2007, provisional application No. 60/937,991, filed on Jun. 29, 2007, provisional application No. 60/879,469, filed on Jan. 8, 2007, provisional application No. 60/879,253, filed on Jan. 7, 2007, provisional application No. 60/824,769, filed on Sep. 6, 2006.

(51) **Int. Cl.**
*G09G 5/00*     (2006.01)
*G06F 3/048*     (2006.01)

(52) **U.S. Cl.** ....................... **345/173**; 345/169; 715/786; 715/784

(58) **Field of Classification Search** ................. 345/156, 345/157, 173–181
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,528,260 A | * | 6/1996 | Kent | 345/684 |
| 5,655,094 A | * | 8/1997 | Cline et al. | 715/786 |
| 5,805,161 A | * | 9/1998 | Tiphane | 715/786 |
| 6,278,443 B1 | | 8/2001 | Amro et al. | 345/173 |
| 6,466,203 B2 | | 10/2002 | Van Ee | 345/173 |
| 6,559,869 B1 | * | 5/2003 | Lui et al. | 715/785 |
| 6,597,345 B2 | * | 7/2003 | Hirshberg | 345/168 |
| 6,657,615 B2 | | 12/2003 | Harada | 345/173 |
| 6,683,628 B1 | * | 1/2004 | Nakagawa et al. | 715/799 |
| 6,690,387 B2 | | 2/2004 | Zimmerman et al. | 345/684 |
| 7,088,344 B2 | | 8/2006 | Maezawa et al. | 345/173 |
| 7,093,203 B2 | | 8/2006 | Mugura et al. | 715/864 |
| 2002/0158838 A1 | | 10/2002 | Smith et al. | 345/156 |
| 2003/0184593 A1 | | 10/2003 | Dunlop | 345/810 |
| 2004/0012572 A1 | | 1/2004 | Sowden et al. | 345/173 |
| 2004/0021676 A1 | | 2/2004 | Chen et al. | 345/684 |
| 2004/0160420 A1 | | 8/2004 | Baharav | 345/173 |
| 2005/0012723 A1 | | 1/2005 | Pallakoff | 345/173 |
| 2005/0193351 A1 | | 9/2005 | Huoviala | 715/840 |



**US 7,479,949 B2**

Page 2

| 2006/0001652 | A1 | 1/2006 | Chiu et al. ................... | 345/173 |
| 2006/0007178 | A1 | 1/2006 | Davis .......................... | 345/173 |
| 2006/0022955 | A1 | 2/2006 | Kennedy .................... | 345/173 |
| 2006/0028428 | A1 | 2/2006 | Dai et al. ................... | 345/156 |
| 2006/0031786 | A1 | 2/2006 | Hillis et al. ................. | 715/863 |
| 2006/0044259 | A1 | 3/2006 | Hotelling et al. ........... | 345/156 |
| 2006/0049920 | A1 | 3/2006 | Sadler et al. ............. | 340/407.1 |
| 2006/0101354 | A1 | 5/2006 | Hashimoto et al. .......... | 715/863 |
| 2006/0132460 | A1 | 6/2006 | Kolmykov-Zotov et al. . | 345/173 |
| 2006/0164399 | A1 | 7/2006 | Cheston et al. ............. | 345/173 |
| 2006/0181519 | A1 | 8/2006 | Vernier et al. .............. | 345/173 |
| 2006/0253393 | A1 | 11/2006 | Zhai et al. ................. | 715/773 |
| 2006/0294472 | A1 | 12/2006 | Cheng et al. ................ | 715/771 |
| 2007/0040812 | A1 | 2/2007 | Tang et al. ................. | 345/173 |
| 2007/0061126 | A1 | 3/2007 | Russo et al. .................. | 713/24 |
| 2007/0118400 | A1 | 5/2007 | Morita et al. .................. | 705/2 |
| 2007/0120834 | A1 | 5/2007 | Boillot ....................... | 345/173 |
| 2007/0130532 | A1 | 6/2007 | Fuller et al. ................ | 715/764 |
| 2007/0150826 | A1 | 6/2007 | Anzures et al. ............. | 715/772 |
| 2007/0152984 | A1 | 7/2007 | Ording et al. ............... | 345/173 |
| 2007/0177803 | A1 | 8/2007 | Elias et al. .................. | 382/188 |

### FOREIGN PATENT DOCUMENTS

| EP | 0 827 064 | A2 | 3/1998 |
| EP | 0 827 094 | A2 | 3/1998 |
| EP | 1 517 228 | A2 | 3/2005 |
| GB | 2 347 200 | A | 8/2000 |
| WO | WO 02/01338 | A1 | 1/2002 |
| WO | WO 2004/111816 | A2 | 12/2004 |
| WO | WO 2005/074268 | A1 | 8/2005 |
| WO | WO 2006/020305 | A2 | 2/2006 |
| WO | WO 2006/126055 | A2 | 11/2006 |

### OTHER PUBLICATIONS

Examiner's Report on Australian Innovation Patent No. 2008100179, dated Apr. 30, 2008, which application claims priority to U.S. Appl. No. 60/824,726, the same priority application of the instant application.

Baguley, R., "Nokia Handlelds & Palmtops Internet Tablet 770, Nokia's Small, Svelte, Internet-Savvy PDA," Jan. 31, 2006, http://www.pcworld.com/printable/article/id,124456/printable.html.

Bordovsky et al., "Interpreting Commands from a Graphical User Interface," reproduced from International Technology Disclosures, vol. 9, No. 6, Jun. 25, 1991, 1 page.

Cheng et al., "Navigation Control and Gesture Recognition Input Device for Smaill, Portable User Interfaces," Synaptics Inc. of San Jose, Callifornia, pp. 1-13, 2004.

Computergram International, "Next-Generation Sharp Organiser to carry Pen Interface," No. 1955, Jul. 2, 1992.

Electronic Engineering Times, "Screen Can Tell Finger From Stylus," No. 858, Jul. 24, 1995, p. 67.

Gillespie, D., "Novel Touch Screens for Hand-Held Devices," Information Display, vol. 18, No. 2, Feb. 2002, 5 pages.

Hoover, J.N., "Computer GUI Revolution Continues with Microsoft Surface's Touch Screen, Object Recognition," Information Week, May 30, 2007, http://www.informationweek.com/story/showArticle.jhtml?articleID=199703468.

IBM, "Method to Disable and Enable a Touch Pad Pointing Device or Tablet Input Device Using Gestures," Jun. 11, 2002, pp. 1-3.

Johnson, R.C., "Gestures Redefine Computer Interface," Electronic Engineering Times, No. 924, p. 42(1), Oct. 21, 1996.

Korpela, J., "Using Inline Frames (iframe elements) to Embed Documents into HTML Documents," (Online), Sep. 25, 2006, http://web.archive.org/web/20060925113551/http://www.cs.tut.fi/{jkorpela/htm/iframe.html.

Narayanaswamy, et al., "User Interface for a PCS Smart Phone," Multimedia Computing and Systems, IEEE Conference 1999, Published Jun. 7-11, 1999, vol. 1, pp. 777-781.

Poon et al., "Gestural User Interface Technique for Controlling the Playback of Sequential Media," Xerox Disclosure Journal, vol. 19, No. 2, Mar./Apr. 1994, pp. 187-190.

PR Newswire, "FingerWorks Announces a Gestrue Keyboard for Apple PowerBooks," Jan. 27, 2004, 2 pages.

PR Newswire, "FingerWorks Announces the ZeroForce iGesture Pad," Feb. 18, 2003, 2 pages.

International Search Report and Written Opinion for International Application PCT/US2007/088885, mailed Apr. 24, 2008.

Examiner's Report on Australian Innovation Patent No. 2008100179 dated Apr. 30, 2008.

"Sprint Power Vision Smart Device Treo™ 700p by Palm," Sprint Nextel, 432 pages, 2006.

"Google Maps API—Google Code," Google Inc., http://www.google.com/apis/maps, 1 page, printed Apr. 10, 2008.

* cited by examiner

*Primary Examiner*—Duc Q Dinh

(74) *Attorney, Agent, or Firm*—Morgan, Lewis & Bockius LLP

(57)                **ABSTRACT**

A computer-implemented method for use in conjunction with a computing device with a touch screen display comprises: detecting one or more finger contacts with the touch screen display, applying one or more heuristics to the one or more finger contacts to determine a command for the device, and processing the command. The one or more heuristics comprise: a heuristic for determining that the one or more finger contacts correspond to a one-dimensional vertical screen scrolling command, a heuristic for determining that the one or more finger contacts correspond to a two-dimensional screen translation command, and a heuristic for determining that the one or more finger contacts correspond to a command to transition from displaying a respective item in a set of items to displaying a next item in the set of items.

**20 Claims, 293 Drawing Sheets**



**Figure 1A**



**Figure 1B**



Figure 2



**Figure 3A**



**Figure 3B**



**Figure 3C**



**Figure 4A**



**Figure 4B**



**Figure 5**



**Figure 6A**



**Figure 6B**



**Portable Multifunction Device 100**

Figure 6C



**Figure 6D**



**Figure 6E**



**Figure 6F**



**Figure 6G**



**Figure 6H**



**Figure 6I**



**Figure 6J**



**Figure 6K**



**Figure 7**



**Figure 8A**



**Figure 8B**



**Figure 9**



**Figure 10**



**Figure 11**



**Figure 12A**



**Figure 12B**



**Figure 12C**



**Figure 13A**



**Figure 13B**



**Figure 14**



**Figure 15**



**Figure 16A**



Figure 16B



**Figure 17**



**Figure 18A**



**Figure 18B**

**Portable Multifunction Device**
**100**

206

1800C

208

208

| Speaker 111 | Optical Sensor 164 | Proximity Sensor 166 |

◁ 402        Current Time 404        🔋 406

| Cancel | 1 Great Photo | Send |

To: 

Cc: 

Subject: 1 Great Photo

Image
1606

| Microphone 113 | Home 204 | Accelerometer(s) 168 |

**Figure 18C**



**Figure 18D**



**Figure 18E**



**Figure 18F**



**Portable Multifunction Device 100**

**Figure 18G**



**Figure 18H**



**Figure 18I**



**Figure 18J**



**Figure 19A**



**Figure 19B**



**Figure 20**



**Figure 21A**



**Figure 21B**



**Figure 21C**



**Figure 22A**



**Figure 22B**



Figure 23A



Figure 23B



Figure 23C



Figure 23D



**Figure 24A**



**Figure 24B**



**Figure 24C**



**Figure 24D**



**Figure 24E**



**Figure 25A**



**Figure 25B**



**Figure 25C**



**Figure 25D**



**Figure 25E**



**Figure 26A**



**Figure 26B**



**Figure 26C**



**Figure 26D**



**Figure 26E**



**Figure 26F**



**Figure 26G**



**Figure 26H**



**Figure 26I**



**Figure 26J**



**Figure 26K**



**Figure 26L**



**Figure 26M**



**Figure 26N**



**Figure 26O**



**Figure 26P**



**Figure 27A**



**Figure 27B**



**Figure 27C**



**Figure 27D**



**Figure 27E**



**Figure 27F**



**Figure 28A**



**Figure 28B**



**Figure 28C**



**Figure 28D**



**Figure 29**



**Figure 30A**



Portable Multifunction Device
100

Figure 30B



**Figure 30C**



**Figure 30D**



**Figure 30E**



**Figure 30F**



**Figure 30G**



**Figure 30H**



**Figure 30I**



**Figure 30J**



**Figure 30K**



**Figure 30L**



**Figure 30M**



**Figure 30N**



**Figure 30O**



**Portable Multifunction Device 100**

206

3000P

208

208

Speaker 111     Optical Sensor 164     Proximity Sensor 166

402     Current Time 404     406

All Contacts          Info          Edit

Graphic          Bruce Walker

Work     (408) 123-4567

Home     (408) 974-1234

Work     bwalker@company.com

Home     brucew@aol.com

Instant Message     Add to Favorites

Favorites     Recent     **Contacts**     Dial     Voice Mail

Microphone 113     Home 204     Accelerometer(s) 168

**Figure 30P**



**Figure 30Q**



**Portable Multifunction Device**
**100**

206

3000R

Speaker 111    Optical Sensor 164    Proximity Sensor 166

208

208

402    Current Time 404    406

Touch to return to call.    3078

Cancel    1 Great Photo    Send

To:

Cc:

Subject:    1 Great Photo

Image
1606

Microphone 113    Home 204    Accelerometer(s) 168

**Figure 30R**



**Figure 31A**



**Figure 31B**



**Figure 32A**



**Figure 32B**



**Figure 32C**



**Portable Multifunction Device**
**100**

206

3200D

Speaker 111    Optical Sensor 164    Proximity Sensor 166

208

208

402    **Current Time** 404    406

Greeting    **Voicemail (4)**    Speaker

● **Aaron Jones**   3210-1   01/31/06   3212-1   3214-1   >

▶ **(408) 246-8101**   3210-2   01/31/06   3212-2   3214-2   >

**Delete voicemail from Bob Adams**

Cancel   3226       Delete   3228

3204   3206

1:22    -2:43

Call   3240       Delete   3222

Favorites    Recent    Contacts    Dial    **Voice Mail**

Microphone 113    Home 204    Accelerometer(s) 168

**Figure 32D**



**Figure 32E**



**Figure 32F**



**Figure 32G**



**Figure 32H**



**Figure 33**



**Figure 34A**



**Figure 34B**



**Figure 34C**



**Figure 35A**



**Figure 35B**



**Figure 35C**



**Figure 35D**



**Figure 35E**



**Figure 35F**



**Figure 35G**



**Figure 35H**



**Figure 35I**



**Figure 35J**



**Figure 35K**



**Figure 35L**



**Figure 35M**



**Figure 35N**



**Figure 35O**



**Figure 36**



**Figure 37A**



**Portable Multifunction Device 100**

**Figure 37B**



**Figure 38A**



**Figure 38B**



**Figure 39A**



**Figure 39B**



**Figure 39C**



Figure 39D



Figure 39E



Figure 39F



Figure 39G



**Figure 39H**



**Figure 39I**



**Figure 39J**



**Figure 39K**



Figure 39L



Figure 39M



**Figure 40A**



Figure 40B



Figure 40C



Portable Multifunction Device 100

406

Current Time 404

-0:28
4012

4010

0:40
4008

4032

402

Done
4006

Inline
Multimedia
Content
4002-1

4000D

Figure 40D



Figure 40E



**Figure 40F**



**Figure 41A**



**Figure 41B**



**Figure 41C**



**Figure 41D**



**Figure 41E**



**Figure 41F**



**Figure 42A**



**Figure 42B**



Figure 42C



**Figure 43A**



**Figure 43B**



**Portable Multifunction Device**
**100**

Figure 43C



**Figure 43D**



**Figure 43E**



**Figure 43F**



**Figure 43G**



**Figure 43H**



**Figure 43I**



**Figure 43J**



**Figure 43K**



**Figure 43L**



**Figure 43M**



**Figure 43N**



**Figure 43O**



**Figure 43P**



**Figure 43Q**



**Figure 43R**



**Figure 43S**



**Portable Multifunction Device
100**

206

4300T

Speaker 111          Optical Sensor 164          Proximity Sensor 166

208

208

402          Current Time 404          406

The Beatles
**Come Together**
Abbey Road

1:23          -2:27

4380-6

Enlarged
Album Cover

Playlists          Artists          Songs          Videos          **More**

Microphone 113          Home 204          Accelerometer(s) 168

**Figure 43T**



Portable Multifunction Device
100

**Figure 43U**



**Figure 43V**