**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> vs. ) <br> ) <br> High Tech Computer Corp., a/k/a HTC Corp., ) <br> HTC (B.V.I.) Corp., HTC America, Inc., ) <br> Exedea, Inc., ) <br> ) <br> *Defendants*. ) <br> ) <br> ) | CA No. <br><br> JURY TRIAL DEMANDED |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiff Apple Inc. ("Apple") certifies that Apple has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: March 2, 2010 　　　　　　　　　　　*/s/ Richard K. Herrmann*

Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Amy A. Quinlan (I.D. #
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
rherrmann@morrisjames.com

Robert G. Krupka, P.C.
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Gregory S. Arovas, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Bryan S. Hales, P.C.
Marcus E. Sernel, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Kenneth H. Bridges
Michael T. Pieja
Brian C. Kwok
WONG, CABELLO, LUTSCH,
RUTHERFORD & BRUCCULERI LLP
540 Cowper Street, Suite 100
Palo Alto, CA 94301
Telephone: (650) 681-4475
Facsimile: (650) 403-4043

*Attorneys for Plaintiff Apple Inc.*